**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ANTONIO LUNA, JR. (A90 292 066),<br><br>Defendant. | Case No. 17-cv-1472 |

## <u>JUDGMENT</u>

After considering Plaintiff's renewed motion for judgment on the pleadings, ECF No. 101, the pleadings, exhibits, and memoranda of points and authorities, for good cause shown, the court granted the government's renewed motion for judgment on the pleadings by separate order entered this date, July 19, 2022. Accordingly, judgment is entered as follows.

In accordance with 8 U.S.C. § 1451, the Court:

1. **FINDS** and **DECLARES** that Defendant illegally procured his U.S. citizenship;

2. **FINDS** and **DECLARES** that Defendant procured his U.S. citizenship by concealment of a material fact and willful misrepresentation;

3. **DECLARES** that the order admitting Defendant to U.S. citizenship is **REVOKED** and **SET ASIDE**, effective as of the original date of the order, January 31, 1995;

4. **ORDERS** that Defendant's Certificate of Naturalization No. 20291589 is **CANCELED**, effective as of the original date of the certificate, January 31, 1995;

5. **ORDERS** that Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document that evidences U.S. citizenship obtained as a result of his January 31, 1995, naturalization;

6.  **ORDERS** that Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports and passport cards, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others) to Counsel for the United States, Victoria M. Braga;

7.  **ORDERS** that the parties shall file a status report on or before September 19, 2022, on defendant's compliance with this judgment.  If plaintiff is satisfied with defendant's compliance before that date, it should promptly advise the court, and no additional written status report will be required.

This is a final judgment.


**SO ORDERED** this 19th day of July, 2022


_____
The Honorable Joan B. Gottschall
United States District Judge

2